IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RAYMOND IMLER**                                                                      **PLAINTIFF**

**V.**                                  **NO. 3:06CV00222**

**LEVI BOGGS, INDIVIDUALLY AND
AS EMPLOYEE OF BURLINGTON NORTHERN
SANTA FE CORPORATION, AND
BURLINGTON NORTHERN SANTE FE CORPORATION**     **DEFENDANTS**

## ORDER

Pending is a joint motion for an extension of the discovery deadline. (Docket #8). For good cause shown, the motion is GRANTED. The discovery deadline shall be extended up to and including June 7, 2007.

IT IS SO ORDERED this 23rd day of April, 2007.

                                                    James M. Moody
                                                    United States District Judge